■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BIGGIO, Appellant. [841 NYS2d 474]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Crecca, J.), imposed July 14, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Spolzino, J.P., Florio, Covello and Dickerson, JJ., concur.